IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PIPE FITTERS LOCAL NO. 533 PENSION FUND (DEFINED BENEFIT), et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:18-CV-00430-BCW |
| MEUSCHKE MECHANICAL LLC, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

__X__ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, the parties' Joint Motion for Entry of Consent Judgment (Doc. #18) is GRANTED. It is further ORDERED in accordance with the proposed consent judgment submitted by the parties, judgment is entered as set forth below:

For Plaintiffs Pipe Fitters Local Union No. 533, the Pipe Fitters Local Union 533 Health & Welfare Fund, the Pipe Fitters Local Union 533 Defined Benefit Pension Plan, the Pipe Fitters Local Union 533 Individual Account Pension Plan, the Pipe Fitters Local Union No. 533 Education Fund, and the Industry Development Fund of the Mechanical Contractors Association of Kansas City, the total amount of $45,712.06, representing $21,150.00 in delinquent contributions due and owing for covered work performed during the period of July 2017 through December 2018, together with $5,648.00 in liquidated damages, $1,185.81 in accrued interest, and $17,728.25 in attorney fees due and owing upon the delinquent fringe benefit contributions in accordance with 29 U.S.C. §§ 1132(g); and

For Plaintiffs the Plumbers & Pipe Fitters National Pension Fund and the Plumbers & Pipe Fitters International Training Fund, the total amount of $6,143.79, representing $2,664.00 in principal delinquent contributions due and owing for covered work performed during the period of March 2017 through December 2018, together with $686.40 in liquidated damages, $586.37 in accrued interest, and $2,207.02 in attorneys' fees due and owing upon the delinquent fringe benefit contributions in accordance with 29 U.S.C. §§ 1132(g), consistent with the order entered by the Honorable Brian C. Wimes this date.

AT THE DIRECTION OF THE COURT

March 28, 2019  
Dated

/s/Paige Wymore-Wynn  
Court Executive

March 28, 2019  
Entered

By: Joella Baldwin  
Deputy Clerk